FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

2011 JAN -5 A 11: 40

GREENBLUM & BERNSTEIN, P.L.C.
Plaintiff,

v.

ARRIVALSTAR, S.A.
MELVINO TECHNOLOGIES LIMITED
Defendants.

Civil Action No. 1:10 CV 1463 (CMH/JFA)

## NOTICE OF DISMISSAL OF COMPLAINT
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiff GREENBLUM & BERNSTEIN P.L.C. (hereinafter "G&B"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice.

Neither Defendant ArrivalStar, S.A. nor Defendant Melvino Technologies Limited have filed an answer to the complaint or a motion for summary judgment as to these claims. The only substantive paper filed in this case was the Complaint, such that dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: January 5, 2011

By: _____

GREENBLUM & BERNSTEIN, P.L.C.
Jill M. Browning (VSB No. 36377)
E-mail: jbrowning@gbpatent.com
1950 Roland Clarke Place
Reston, VA 20191
Telephone: (703) 716-1191
Facsimile: (703) 716-1180
*Attorney for Greenblum & Bernstein, P.L.C.*

{J1281112 01081198.DOC}

*Of Counsel:*

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum (VSB No. 30870)
P. Branko Pejic
1950 Roland Clarke Place
Reston, VA 20191
Telephone: (703) 716-1191
Facsimile: (703) 716-1180

*Attorneys for Greenblum & Bernstein, P.L.C.*